Case:2:16-cv-10409
Judge: Michelson, Laurie
MJ: Whalen, R. Steven
Filed: 02-01-2016 At 04:19 PM
PR STEWARD V MICHIGAN, STATE OF (NA)

11

## TO THE STATE OF MICHIGAN COURTS

My name is James Allen Steward iam incarcerated at Adrain prison and getting ready to paroel to C.P.I in Waterford Mi. and i have a active case in your court and i would like to renew my address i dont know how long ill be here but the Address is C.P.I 1435 N. Oakland Blvd
Waterford Mich, 48327-5495 I would ask the court to change this Address until i find out were Iam going

THANK YOU James Allen Steward   *James Steward*   Date 12/12/15

Case No# 11 - 028363 -FH

I got here on 12/15/15 and they just gave me my property and I have no access to Legal work Law Library and I told them I have 4 active case in court they even opened my letters had going to the court to change address I didnt get these letters until 1/6/15 and now I have to try and mail them I have medical problems with my teeth and Jaw and wrist that they wont help me with and Iv got to be here For 4/m the this places is totaly against your constitutional Rights in so many ways but I cant even Call a Lawyer I please ask the court to send my mail here in this case

1. thank you James Steward 1/6/16

I am sending this other case that I just got a answer on from Supreme court the circuit court used a case were a guy was at new pass after he violated probation I was sentensed 1 yr county and went right from CPF for 6 mths right after and completed- I am sending the motion I sent to Supreme court and was Denied like I said I have no access to Laws typewriters copys or sending Legal mail here for 4 mths I please ask the court to help me in this matter

Brief:

On time credit case 11-28363 FH James ALLEN Steward 212795 I was sentenced to 1yr County 6mths CPI and 4 yrs probation which I competed the 1yr and 6mths and 7mths on probation and was violated for not going to new pass a verbable order then I was sentenced to 3 1/2 to 15 yrs with one year credit I didnt get credit for 6mths CPI which is a highly restrictive Govenard Facility more then prison or Jail after 3 yrs in prison I was sent back to CPI for 4mths were you have no Access for Laws Lawyer copys legal mail or typewriters I have carpel tunnels in both wrist and cant get medical help for That or my teeth which the only 2 that touch from bottom to top are Loose and bleeding you can only get 1 visit every 3 wks and 1 phone call a wk you cant leave the whole time your there you verly can go outside. as you can see by the Lower court used People v Leske 187 mi App 153 which Mr Leske was at new Pass were you can Leave Daily in no way compare to CPI

2

I cant even have Pictures of my Grand Kids or visits so this Place is Like maximum security but you cant be on your bed all day.          habeas Corpous
My other issue is on this case to, it is in habeous corpous were they used The wrong MCL 257.625-6-D on all my paper work ~~either~~ Either so I was sentence with a non existent Law or this is the old Law with a ten years statue which my priors were Long past or it would make my charge a misdemeanor and the habitual offender would not apply and make this a invaild sentence all my papers have MCL 257.625-6-D which is what I Looked up in the Law Libary
The First thing I please ask the court To File This motion and Take into account the Use of a non existent Law or invalid Law

I please ask the court For help in this matter and waver Filing Fees I have no money or income at all

Thank you    James Steward 1/27/16

STATE OF MICHIGAN
IN THE COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

  Plaintiff

   vs-

  Defendant
James Allen Stewart 217795

In Propia Persona

CPF
1435 Oakland Blvd
Waterford M, 48327-5495

Case No:

Hon.

Court of Appeals
3020 West Grand Boulevard
Suite 14-300
Detroit, Mich. 48202

LEAVE TO APPEAL
**MOTION FOR TIME CREDIT ON SENTENCE MCL769.11b**
---

  Enclosed are copys of motions and briefs and denials from circuit court which were filed in the Genessee County and Leave to Appeal on this is a _____ Proof of service

  Now comes James Allen Stewart in Pro-per being arrested on Oct. 2014 and with minors that were 15 and 17 yrs old charged for a third offence case no. 14-036060-FH I was enteced in to the Salvation army for 5 and a half mths while going to court then was sentenced to 1yr county then go right to CPI for 6 mts which was all completed and 7mths on probation to then was violated for not going to new path.

  I was given credit for the time in jail on violation but no time credit for 5 and half mts at Salvation Army or mths at CPI which is higly restricted you can't leave or visit your kids or even have pictures of them because of sex offeders there so it is more restrictive than jail or prison.

  **this** was a initial part of my sentence to complete the ordas at CPI the case that the court used in there denial People vs Leske 187 Mich. App 153 (1991) were the defendant was sentenced to probation then violated it then sent to new paths were you can leave daily and violated that and wanted time for that.

  It clearly states in MCL 769.11b that time spent of a sentece of a restritve governmeded facilty should be given credit on revocation sentence.

(2)

In People v- Strange (1978) 91 Mich App 596 and People v-Gravlin 52 Mich A.., 467 it was established if place of confinement is 24 hr. residence requirement and not allowed to leave the facility for 180 days which program was completed should be given credit for time spent on program. A court is supose to relie on if the enviroment is tantamount to confinement which CPI is highly restrictive and a warrant would be sworn out for you if you left early or got thrown out.

This would be a violation of the 5th amendment against double jeopardy by not giving credit for this time spent.

After I was violated and sentenced to 3 and a half to 15 yrs I was only given credit for the jail time and not the 5 and a half before sentence and status after sentenceing. Ive seats been incarcerated in prison for 3 yrs. ticket free completed substance abuse program and work full time apsl Lic. plate factory for a yr.

relief sout

To have credit be given for both times spent at renees or at least the entire that was part of my sentence and was completed and for this time credit be sent to the lower court and the ...... for time reduction I hope and pray this court will give me justice in this case

James Allen Steward    Date_____

_____

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff,

Case No. 11-28363-FH

Hon. Geoffrey L. Neithercut

JAMES ALLEN STEWARD,

Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR CREDIT FOR TIME SERVED

At a session of said Court held in the Courthouse, in the City of Flint, County of Genesee, Michigan, on Thursday, December 11, 2014:

PRESENT: THE HONORABLE GEOFFREY L. NEITHERCUT

Defendant James Allen Steward has filed with this Court a motion entitled Motion for Credit for Time Served While Incarcerated. Defendant is seeking an additional jail credit of 180 days for the time he spent in a CPI program after he was released from county jail during his initial sentence.

Defendant is not entitled to an additional 180 days of jail credit for the time he spent at CPI. The CPI program is manifestly rehabilitative and credit is not required for time spent at such a facility. See People v Leske, 187 Mich App 153, 156-57 (1991). Where participation in a rehabilitative facility is required as part of a probation order, [handwritten: not sentence] participation is manifestly rehabilitative and a defendant need not be credited for time spent in the facility preceding subsequent imprisonment for a probation violation. Id. at 157.

This Court has reviewed the file and the circumstances in this matter and NOW THEREFORE,

A TRUE COPY
Genesee County Clerk

IT IS ORDERED THAT Defendant James Allen Steward's Motion for Credit for Time Served is DENIED, the Court being convinced that it is without merit.

*Geoffrey L. Neithercut*
Geoffrey L. Neithercut, Circuit Judge



# Michigan Supreme Court
## Office of the Clerk
Michigan Hall of Justice
P.O. Box 30052
Lansing, Michigan 48909
Phone (517) 373-0120

January 20, 2016

JAMES STEWARD
#212795
C.P.I. 1435 N OAKLAND BLVD
WATERFORD, MI 48327-5495

Re: *People v Steward,* SC 152102

This is in response to your recent letter.

You filed an application for leave to appeal to this Court on 8/05/15. This Court issued a 12/22/15 order that that denied your application. I've enclosed another copy of that order. This matter is now closed here. We cannot accept any further pleadings in this matter.

I've enclosed your letter.

Respectfully,

/s/ *Inger Z. Meyer*
Deputy Clerk

IZM
Enclosures

James Steward 212795
CPI 1435 N. Oakland Blvd
Waterford Mich 48327-5495

RECEIVED
FEB 01 2016
CLERK'S OFFICE
DETROIT

United States District Court
Eastern District of Michigan
Theodore Levin United States Court
231 W Lafayette Blvd Rm 564
Detroit Mich 48226

# CIVIL COVER SHEET FOR PRISONER CASES

| Case No. 16-10409 | Judge: Laurie J. Michelson | Magistrate Judge: R. Steven Whalen |
|---|---|---|
| **Name of 1st Listed Plaintiff/Petitioner:**<br>James Allen Steward |  | **Name of 1st Listed Defendant/Respondent:**<br>State of Michigan |
| **Inmate Number:** 212795 | | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | | |
| **Correctional Facility:**<br>CPI<br>1435 N. Oakland Blvd.<br>Waterford, MI 48327 | | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☐ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   - ☐ Yes  ☒ No
   - ➤ If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   - ☐ Yes  ☒ No
   - ➤ If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____